Sam Taherian, Esq. – SBN: 170953
Law Office of Lapin & Taherian
910 Pleasant Grove Blvd., Suite 120
Roseville, CA 95678-6188
E-Mail: sam@ltlawgroup.com
Tel (408) 271-9270 | Fax (408) 271-9288


Attorneys for Creditor,
Milestone Financial, LLC dba Mers Link 4

# UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| In re | CASE No. 25-50290-SLJ |
| Marisela Gonzalez Duran | Chapter 13 |
| Debtor | **MOTION TO DISQUALIFY DEBTOR'S COUNSEL** |

Comes Now Creditor Milestone Financial, LLC, (hereinafter "Milestone") and MOVES this court to Disqualify Farsad Law Office, PC, and all attorneys of the firm, as well as attorney Chi Dinh, Esq., from representing Debtor.

In support of the MOTION, Milestone allege as follows:

Marisela Duran (hereinafter "Debtor") was a co-obligor on a secured loan extended in 2019 by Milestone. When she defaulted on the loan, Milestone foreclosed on its collateral, and then began eviction proceedings by filing an unlawful detainer action in Santa Clara County Superior Court.

Represented by Farsad Law Office, PC, Debtor and her now-deceased husband filed a verified complaint seeking, *inter alia*, to set aside the foreclosure. Debtor's lawsuit was consolidated with the unlawful detainer action, and the unlawful detainer action was stayed contingent upon Debtor submitting rent payments to the Superior Court Clerk.

Of the 11 causes of action in Debtor's complaint, one was dismissed voluntarily, five were dismissed by summary adjudication. She lost the remaining five in a trial last year. Debtor

MOTION TO DISQUALIFY DEBTOR'S COUNSEL

LAPIN & TAHERIAN
ATTORNEYS AT LAW
910 PLEASANT GROVE BLVD., SUITE 120
ROSEVILLE, CA 95678-6188

Debtor having lost all five causes of action in trial, the allegations of wrongful foreclosure were disposed of.

Thereafter, the Superior Court issued an order for all rent monies held by the court clerk (currently approximately $121,000) to be released to Milestone. The court declined to issue a final judgment until resolution of the consolidated unlawful detainer action, and scheduled a trial on the unlawful detainer for March 5, 2025.

Debtor filed the instant bankruptcy the evening before the unlawful detainer trial.

On March 5, 2025, and despite the fact that no final judgment has been entered in state court, Debtor filed a Notice of Appeal in state court.

For the reasons set forth in further detail in the accompanying Memorandum of Points and Authorities, Farsad Law Office, PC, and all attorneys of that firm, and attorney Chi Dinh, Esq., have a clear, ripe, and non-waivable conflict of interest, and cannot represent Debtor.


Respectfully submitted,


Dated: March 7, 2025                     LAPIN & TAHERIAN.


                                         By:___/s/ *Sam Taherian*_____
                                         Sam Taheria, Esq.
                                         Attorney for Milestone Financial, LLC
                                         Creditor

MOTION TO DISQUALIFY DEBTOR'S COUNSEL