Sam Taherian, Esq. – SBN: 170953
Law Office of Lapin & Taherian
910 Pleasant Grove Blvd., Suite 120
Roseville, CA 95678-6188
E-Mail: sam@ltlawgroup.com
Tel (408) 271-9270 | Fax (408) 271-9288

Attorneys for Creditor,
Milestone Financial, LLC dba Mers Link 4

# UNITED STATES BANKRUPTCY COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| In re<br><br>Marisela Gonzalez Duran<br><br>Debtor | CASE No. 25-50290-SLJ<br><br>Chapter 13<br><br>**NOTICE OF HEARING ON MILESTONE FINANCIAL, LLC DBA MERS LINK 4'S MOTION TO DISQUALIFY DEBTOR'S COUNSEL**<br><br>Date: April 24, 2025<br>Time: 10:00 AM<br>Court: N. Dist of CA Bankruptcy Court<br>      San Jose Division<br>      Court Room 10<br>Judge: Hon. S. L. Johnson<br><br>Remote Hearing |

**TO ALL PARTIES IN INTEREST:**

    **PLEASE TAKE NOTICE** that on the date and at the time and location set forth above, a hearing will be conducted on the motion of Secured Creditor, Milestone Financial, LLC dba MERS Link 4's ("Milestone") to Disqualify The Farsad Law Firm, PC, and all attorneys of that firm as counsel as Debtors' Counsel due to actual, ripe,

non-waivable conflict of interest.

**PLEASE TAKE FURTHER NOTICE** that this motion will be based upon:

- This **NOTICE OF HEARING ON MILESTONE FINANCIAL, LLC DBA MERS LINK 4'S MOTION TO DISQUALIFY DEBTOR'S COUNSEL,**

- The **MOTION TO DISQUALIFY DEBTOR'S COUNSEL,** filed with the court on March 7, 2025, and served by United States Mail on March 8, 2025,

- The **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISQUALIFY DEBTOR'S COUNSEL,** inadvertently titled **"MOTION TO DISQUALIFY DEBTOR'S COUNSEL,"** filed with the court on March 7, 2025, and served by United States Mail on March 8, 2025,

- The **DECLARATION OF SAM TAHERIAN IN SUPPORT OF MOTION TO DISQUALIFY DEBTOR'S COUNSEL** filed with the court on March 7, 2025, and served by United States Mail on March 8, 2025,

- The **DECLARATION OF WILLIAM STUART IN SUPPORT OF MILESTONE FINANCIAL, LLC DBA MERS LINK 4'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY** filed with the court on March 7, 2025, and served by United States Mail on March 8, 2025,

- The **DECLARATION OF SAMAN TAHERIAN IN SUPPORT OF MILESTONE FINANCIAL, LLC DBA MERS LINK 4'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**, including all Exhibits thereto, all of which were filed with the court on March 7, 2025, and served by United States Mail on March 8, 2025,

- The **MILESTONE FINANCIAL, LLC DBA MERS LINK 4'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR RELIEF FROM THE AUTOMATIC STAY**, filed with the court on March 7, 2025, and served by United States Mail on March 8, 2025,

- The **MILESTONE FINANCIAL, LLC DBA MERS LINK 4'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY**, filed with the court on March 7, 2025, and served by United States Mail on March 8, 2025,

- The **SUPPLEMENTAL MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISQUALIFY DEBTOR'S COUNSEL**, and the exhibit attached thereto, filed and served upon you concurrently herewith,

- The **SUPPLEMENTAL DECLARATION OF SAM TAHERIAN IN SUPPORT OF MOTION TO DISQUALIFY DEBTOR'S COUNSEL**, and the exhibit attached thereto, filed and served upon you concurrently herewith,

- The entire documents on file with the court on this bankruptcy matter, and

- Any **other** such **documentary or testimonial evidence** as moving party may seek to introduce and that the court may, at its discretion, choose to consider during the hearing.

**PLEASE TAKE FURTHER NOTICE** respondent(s), will not be required to, but may, file responsive pleadings, points and authorities, and declarations for this

hearing.

**PLEASE TAKE FURTHER NOTICE** that the failure by the Respondent(s) and the Trustee to appear either in person or through counsel at the time and place of the hearing on this matter may result in the Court granting the relief requested herein.

**PLEASE TAKE FURTHER NOTICE** that:

The hearing on this matter will take place remotely by video or telephone. No in-person appearance in the courtroom is available. The Bankruptcy Court's website provides information regarding how to arrange an appearance at a video or telephonic hearing. If you have questions about how to participate in a video or telephonic hearing, you may contact the courtroom deputy, Anna Lee, at (408) 278-7517 or email her at: anna_e_lee@canb.uscourts.gov.

Dated: March 16, 2025                                          LAPIN & TAHERIAN.

By: _/s/ Sam Taherian_____
Sam Taherian, Esq.
Attorney for Milestone Financial, LLC
Creditor