ARASTO FARSAD (SBN: 273118)
NANCY WENG (SBN: 251215)
**FARSAD LAW OFFICE, P.C.**
1625 The Alameda, Suite 525
San Jose, CA 95126
Tel: 408-641-9966
Fax: 408-866-7334
Email addresses: af@farsadlaw.com;
nancy@ farsadlaw.com

Attorneys for Debtor

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| In re:<br><br>MARISELA GONZALEZ DURAN,<br><br>        Debtor. | Case No. 25-50290 SLJ<br>Chapter 13<br><br>**EX PARTE MOTION TO EXTEND TIME TO FILE BALANCE OF SCHEDULES, STATEMENTS, AND OTHER REQUIRED DOCUMENTS; CERTIFICATE OF SERVICE**<br><br>Chief Judge: Hon. Stephen L. Johnson<br><br>Case Filed: March 4, 2025<br>Requested Extension: March 24, 2025 |

**TO THE HONORABLE CHIEF JUDGE STEPHEN L. JOHNSON:**

    Comes now the Debtor herein, MARISELA GONZALEZ DURAN, by and through her counsel of record, Farsad Law Office, P.C., and hereby moves this Court for a one week extension of time to file the balance of Schedules, Statements, and Other Required Documents to complete her initial Chapter 13 case petition. The Debtor filed the subject Chapter 13 case on March 4, 2025. The balance of the filing is due March 18, 2025. The Debtor needs no more than a week (until March 24, 2025) to complete the filings. As grounds for said motion, Debtor states as follows:

1

EX PARTE MOTION TO EXTEND
TIME TO FILE BALANCE OF SCHEDULES, STATEMENTS,
AND OTHER REQUIRED DOCUMENTS; CERTIFICATE OF SERVICE

Debtor's counsel has been working with the Debtor and her family on the petition / required documents. It'll take no more than a week (or less) to get everything filed. In addition to the petition / standard requirements, the Debtor and her counsel are preparing responses to the Motions for Relief from Stay as well as the Motion to Disqualify this counsel. Those will be filed shortly as well.

The Debtor now respectfully requests an extension of time until March 24, 2025, to file the remaining Schedules, Statements, and Other Required Documents. The Debtor and her counsel further request that this Motion be approved by the Court without a hearing. However, if the Court deems a hearing is necessary, the Debtor requests that a date and time for hearing be scheduled.

Respectfully submitted,

**FARSAD LAW OFFICE, P.C.**

Dated: March 17, 2025
*/s/ Arasto Farsad*
Arasto Farsad, Esq.
Attorneys for Debtor

2
EX PARTE MOTION TO EXTEND
TIME TO FILE BALANCE OF SCHEDULES, STATEMENTS,
AND OTHER REQUIRED DOCUMENTS; CERTIFICATE OF SERVICE

## COURT SERVICE LIST
*\*\*No Mail Service Required\*\**

3

EX PARTE MOTION TO EXTEND
TIME TO FILE BALANCE OF SCHEDULES, STATEMENTS,
AND OTHER REQUIRED DOCUMENTS; CERTIFICATE OF SERVICE

Case: 25-50290    Doc# 24    Filed: 03/18/25    Entered: 03/18/25 05:45:55    Page 3 of 3